IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM MULLEN

      **Plaintiff,**

    v.

WELLS FARGO BANK, N.A., *et al*.

      **Defendants.**

CIVIL ACTION NO. 19-3995

## ORDER

**AND NOW,** this 29th day of September 2021, upon consideration of the pending motions and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that

1. Plaintiff's Motion for Partial Summary Judgment [Doc. No. 26] is **DENIED**.

2. Defendants' Motion for Summary Judgment [Doc. No. 27] is **GRANTED in part and DENIED is part**. The Motion is **GRANTED** as to the claims for discrimination on the basis of sex and is otherwise **DENIED**.

3. By **October 15, 2021**, the parties, through counsel, shall jointly report to the Court, in writing, as to whether they wish to have a settlement conference before a magistrate judge, attempt mediation under Local Civil Rule 53.3, or pursue some other form of alternative dispute resolution, and, if so, indicate by what date they will be prepared to commence such proceedings. This joint report should be submitted to Chambers by fax (to (267) 299-5077) or by email (to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov) and not filed of record.

4. If the parties do not wish to engage in alternative dispute resolution, they shall provide the Court with a joint proposed schedule for trial.

It is so **ORDERED**.

                                                  **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**